UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Rita J Torok, | : |
| | : |
| | : Civil Action No.: 1:17-cv-00027-BR |
| Plaintiff, | : |
| v. | : |
| | : |
| Bluestem Brands, Inc. d/b/a Fingerhut; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| | |
|---|---|
| Rita J Torok | Bluestem Brands, Inc. d/b/a Fingerhut |
| ___/s/ Jody B. Burton_____ | __/s/ Laura A. Lange_____ |
| Jody B. Burton, Esq. | Laura A. Lange, Esq. |
| Bar No.: 71681 | PA ID No. 310733 |
| LEMBERG LAW, LLC | McGuire Woods, LLP |
| 43 Danbury Road, 3rd Floor | 625 Liberty Avenue, 23rd Floor |
| Wilton, CT 06897 | Pittsburgh, PA 15222 |
| (203) 653-2250 | (412) 667-6000 |
| Attorney for Plaintiff | Attorney for Defendant |

 s/Barbara J. Rothstein, USDJ
SO ORDERED  4/7/2017

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 5, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Jody B. Burton_____
                  Jody B. Burton